# First Department, October, 1981

## (October 22, 1981)*

■ In the Matter of Gene Loy Chu, a Disbarred Attorney. — Petition seeking to vacate or modify order of disbarment denied. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Silverman, JJ.